**Abatement Order filed January 5, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00941-CV
_____

### HECTOR GAINES BARKLEY, III, Appellant

### V.

### TEXAS WINDSTORM INSURANCE ASSOCIATION, Appellee

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10-CV-3087**

---

## A B A T E M E N T   O R D E R

This is an appeal from a judgment signed September 22, 2011. It appears from the record that the judgment is not final.

The Texas Supreme Court has advised that if an appellate court is uncertain about the intent of an order to finally dispose of all claims and parties, it can abate the appeal to permit clarification by the trial court. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 206 (Tex. 2001). Texas Rule of Appellate Procedure 27.2 provides as follows:

> The appellate court may allow an appealed order that is not final to be modified so as to be made final and may allow the modified order and all

proceedings relating to it to be included in a supplemental record.

Tex. R. App. P. 27.2.

Accordingly, we order the case abated and remanded to the trial court for a period of thirty days so that the trial court sign a severance order, if necessary. A supplemental clerk's record containing the trial court's severance order shall be filed with the clerk of this court on or before **January 31, 2012.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing, if a hearing is required, in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

It is so ORDERED.

PER CURIAM